AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Robbie Wayne Peterson, | | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   7:14-cv-00141-TMC |
| | ) | |
| Richard P. Burgess, of Cherokee County | ) | |
| Sheriff Office, | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, Robbie Wayne Peterson, shall take nothing of the defendant, Richard P. Burgess, from the complaint filed and this action is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted defendant's motion to dismiss.

Date:  August 4, 2015                    *ROBIN L. BLUME, CLERK OF COURT*


                                                      s/G. Mills
                                              _____
                                              *Signature of Clerk or Deputy Clerk*